IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>GARY SOLOMON,<br><br>        Defendant. | Case No. 15 CR 620<br>Date: 2/21/20<br>Judge: Edmond E. Chang |

**MOTION FOR LEAVE TO FILE AN APPEARANCE**

    James P. Fieweger, of the law firm Michael Best & Friedrich, LLP, moves for leave to file an appearance pursuant to Local Rule 83.12 on behalf of defendant Gary Solomon. Counsel who previously submitted appearances on behalf of Mr. Solomon no longer represent him in this matter so this appearance would be in substitution of prior appearances filed on behalf of Mr. Solomon in this matter.

Dated: February 21, 2020

Respectfully submitted,

By: /s/ James P. Fieweger
_____

Attorney For Defendant GARY SOLOMON

MICHAEL BEST & FRIEDRICH LLP
James P. Fieweger, #6206915
jpfieweger@michaelbest.com
444 West Lake Street, Suite 3200
Chicago, IL 60606
Telephone: 312.222.0800
Facsimile: 312.222.0818