# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

UNITED STATES OF AMERICA

          Plaintiff,

v.                  Case No.: 1:15−cr−00620
                  Honorable Edmond E. Chang

, et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 25, 2020:

  MINUTE entry before the Honorable Edmond E. Chang as to Gary Solomon: Attorney James Fieweger's motion to file appearance for Defendant Gary Solomon is granted. All other attorney appearances for that defendant are terminated. On the government&#039;s motion for sentence reduction, the hearing time is reset to 9:30 a.m. on the same date, 02/27/2020. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.